IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAUL I. CALDERON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3266 |
| | ) | |
| v. | ) | |
| | ) | |
| COLBY CHRISTENSEN, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 40). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; this action is dismissed without prejudice.

DATED this 18th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court